IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PREMILABEN S PATEL,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, Secretary of Department of Homeland Security, MERRICK GARLAND, Attorney General of the United States, TRACY RENAUD, Senior Official Performing Duties of the Director for USCIS, DANIEL M. RENAUD Director for USCIS Vermont Service Center, And The United States,<br><br>　　Defendants. | Civil Action No.<br><br>1:23-cv-04738-TWT |

ORDER

Having read and considered Defendants' Unopposed Motion for Enlargement of Time to file a responsive pleading to Plaintiff's Complaint for Mandamus and for good cause shown, it is hereby ORDERED that Defendants shall be granted an extension of time to file a responsive pleading to Plaintiff's Complaint for Mandamus through and including February 12, 2024.

So ordered this __16th__ day of January, 2024.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Thomas W. Thrash, Jr.
　　　　　　　　　　　　　　　　　Senior United States District Judge